UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Julie Melissa Wuertz,                                                    Case No. 3:25-cv-742

               Plaintiff,

     v.                                                                            ORDER AND
                                                   JUDGEMENT ENTRY

Commissioner of Social Security,

               Defendant.


On March 23, 2026, United States Magistrate Judge Darrell A. Clay issued a Report and

Recommendation ("R & R") recommending I reverse the Commissioner of Social Security's

decision denying Plaintiff's application for supplemental security income ("SSI") and remand the

case to the Commissioner and the ALJ under Sentence Four of 42 U.S.C. § 405(g).  (Doc. No. 15).

In the R & R, he notified the parties:

> Within 14 days after being served with a copy of this Report and Recommendation, a
> party may serve and file specific written objections to the proposed findings and
> recommendations of the Magistrate Judge.  *See* Fed. R. Civ. P. 72(b)(2); *see also* 28
> U.S.C. § 636(b)(1); Local Civ. R. 72.3(b). . . . Failure to file objections within the
> specified time may result in the forfeiture or waiver of the right to raise the issue on
> appeal, either to the district judge or in a subsequent appeal to the United States
> Court of Appeals, depending on how or whether the party responds to the Report
> and Recommendation.  *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

(*Id.* at 37).

More than fourteen days passed, and no party filed any objection to the R & R.  I consider

their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and

adopt Judge Clay's R & R in its entirety as the final Order of this Court.  (Doc. No. 15).  The

Commissioner's decision is reversed, and the case is remanded to the Commissioner and the ALJ

under Sentence Four of § 405(g).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge